**CHRISTOPHER J. BOWES, ESQ.**
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2023

May 26, 2023

Via ECF
Hon. Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

          Re:    Cullen v. Kijakazi
                1:23 Civ 01690 (JPC) (RWL)

Dear Judge Lehrburger:

      I write to request an extension of time in which to file plaintiff's Brief in this matter. Plaintiff's Brief is currently due on May 30, 2023. This is plaintiff's first request for an extension of time.

      Due to an inordinate amount of work over the past two weeks, coupled with long-scheduled vacation time, I have been unable to complete Mr. Cullen's papers. With the kind consent of opposing counsel, AUSA Jonathan King, I request that the Court review and approve the following revised schedule:

| Date | Filing |
|---|---|
| June 29, 2023 | Plaintiff's Brief |
| August 28, 20232 | Defendant's Response |
| September 18, 2023 | Plaintiff's Reply |

Respectfully submitted,

/s/ Christopher J. Bowes
Christopher J. Bowes
Attorney for Plaintiff

cc:  Jonathan King
      Office of Program Litigation, Office 2
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Attorney for Defendant

Granted.

SO ORDERED:

5/26/2023   /s/ [signature]

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE