**CHRISTOPHER J. BOWES, ESQ.**
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2023

June 29, 2023

<u>Via ECF</u>
Hon. Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

          Re:    <u>Cullen v. Kijakazi</u>
                1:23 Civ 01690 (JPC) (RWL)

Dear Judge Lehrburger:

      I write to request a one-week extension of time in which to file plaintiff's Brief in this matter. Plaintiff's Brief is currently due today, June 29, 2023. This is plaintiff's second request for an extension of time.

      Due to numerous matters due altogether at the same time, I am significantly behind in completing Mr. Cullen's papers at this time. The record in this matter is somewhat extensive at 1,600 pages, which poses additional difficulties. With the kind consent of opposing counsel, AUSA Jonathan King, I request that the Court review and approve the following revised schedule:

| | |
|---|---|
| July 7, 2023 | Plaintiff's Brief |
| September 5, 2023 | Defendant's Response |
| September 26, 2023 | Plaintiff's Reply |

                                                Respectfully submitted,

                                               <u>/s/ Christopher J. Bowes</u>
                                               Christopher J. Bowes
                                             Attorney for Plaintiff

cc:    Jonathan King
       Office of Program Litigation, Office 2
       Office of the General Counsel
       Social Security Administration
       6401 Security Boulevard
       Baltimore, Maryland 21235
       Attorney for Defendant

                                                Granted.

                                               SO ORDERED:

                                               6/30/2023

                                             HON. ROBERT W. LEHRBURGER
                                             UNITED STATES MAGISTRATE JUDGE