# CHRISTOPHER J. BOWES, ESQ.

54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700

February 23, 2024

<u>Via ECF</u>
Hon. Arun Subramanian
United States District Court Judge
Daniel Patrick Moynahan Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>Cullen v. Kijakazi</u>
1:23 Civ 01690 (AS) (RWL)

Dear Judge Subramanian:

    I write to request a two week extension of time in which to file Objections to the February 9, 2024 Report and Recommendation, by which Magistrate Judge Robert W. Lehrburger recommends that the Court deny plaintiff's motion and grant the defendant's motion. Any objections are due by today, February 23, 2024.

    Due to long planned vacation time this week and other standing work commitments, I cannot complete the objections by this coming Friday and respectfully request a two week extension of time, until March 8, 2024, to file the Objections. Counsel for opposing counsel consents to this request.

Respectfully submitted,

<u>/s/ Christopher J. Bowes</u>
Christopher J. Bowes, Esq.
Attorney for Plaintiff

The request is granted in part. As noted in the Court's individual practices, extension requests made less than 48 hours before the deadline are unlikely to be granted. If the vacation plans were "long planned," counsel should have moved for an extension as soon as he saw the deadline. The Court will grant a one week extension, to March 1, 2024, at 5:00 p.m.
SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 23, 2024