# CHRISTOPHER J. BOWES, ESQ.

54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700

March 1, 2024

<u>Via ECF</u>
Hon. Arun Subramanian
United States District Court Judge
Daniel Patrick Moynahan Courthouse
500 Pearl Street
New York, New York 10007

          Re:    <u>Cullen v. Kijakazi</u>
                1:23 Civ 01690 (AS) (RWL)

Dear Judge Subramanian:

      I write to request an extension of time, <u>nunc pro tunc</u>, to file Plaintiff's Objections to the February 9, 2024 Report and Recommendation. Your Honor previously granted an extension to 5:00 p.m. today, March 1, 2024. <u>See</u> Docket 24.

      I completely failed to note the 5:00 pm restriction and only realized this now as I checked the docket to make sure the Objections were properly registered. I am thoroughly embarrassed to have missed this restriction as I have been working excessive hours and was not properly attentive to the specifics of the Court's Order. I deeply regret taking up more of the Courts time but implore the Court to grant this extension. As you will see, this case has a long history and I respectfully request that plaintiff be permitted to proceed to a determination of the merits.

      I have tried to secure consent from opposing counsel SAUSA Ariella Zoltan, but she is not available at this hour.

      Thank you for Your Honor's attention to this request.

                Respectfully submitted,

                <u>/s/ Christopher J. Bowes</u>
The request is granted, and the Court will consider the objections.
                Christopher J. Bowes, Esq.
                Attorney for Plaintiff

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 4, 2024