**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CHARLES CULLEN,

                      Plaintiff,                                     23 **CIVIL** 1690 (AS)

        -against-                                           **<u>JUDGMENT</u>**

KILOLO KIJAZAKI,

                      Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 18, 2024, the Court adopts the thorough, well-reasoned R&R for the reasons given by Magistrate Judge Lehrburger. The Court OVER-RULES Cullen's objections to the R&R, ORDERS that the R&R is ADOPTED in its entirety, DENIES Plaintiff's motion for judgment on the pleadings, and GRANTS Defendant's motion for judgment on the pleadings. Accordingly, the case is closed.

**Dated:**  New York, New York

      March 19, 2024

                                                                    **RUBY J. KRAJICK**
                                                                    **Clerk of Court**

                                          **BY:**
                                                                 _____
                                                                           **Deputy Clerk**